UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Curtis Leach

     v.                                Civil No. 17-cv-388-PB

Santander Consumer, USA Inc.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 31, 2017. For reasons explained in the Report and Recommendation, this case is dismissed pursuant to 28 U.S.C. § 1915(E)(2), without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Court

Date: September 20, 2017

cc: Curtis Leach, pro se